**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Charles T. Guider |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 13-30913 |

Form 4100R

# Amended Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2006-OPT1, Mortgage-Pass-Through Certificates, Series 2006-OPT1

**Court claim no.** (if known) 9

**Last 4 digits** of any number you use to identify the debtor's account: 2132

**Property address:** 1421 S. Central Park
Number    Street

Chicago    IL    60623
City    State    Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

■ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid is:

a. Total postpetition ongoing payments due: (a) $4530.20

b. Total fees, charges, expenses, escrow, and costs outstanding: - (b) -$430.31

c. Total. Add lines a and b. (c) $4099.89

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 03/01/17

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | Charles T. Guider | Case number *(if known)* | 13-30913 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

- ❑ I am the creditor.
- ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Gloria Tsotsos
Signature

Date  12/05/2017

Print  Gloria Tsotsos
       First Name  Middle Name  Last Name

Title  Attorney for Creditor

Company  Codilis & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address
Number  Street

City  State  ZIP Code

Contact phone

Email

File #14-16-13054

13-30913

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on December 5, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 5, 2017.

Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF
Charles T. Guider, Debtor(s), 1421 S. Central Park, Chicago, IL 60623
Daniel P. Lindsey, Attorney for Debtor(s), 120 S. LaSalle Street Suite 900, Chicago, IL 60603-3425 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF


/s/ Gloria Tsotsos


Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
 C&A FILE (14-16-13054)

NOTE: This law firm is a debt collector.

| BK Case Number: | 13-30913 | | | | | |
|---|---|---|---|---|---|---|
| Filing Date: | 8/1/2013 | | | | | |
| Post First Due: | 9/1/2013 | | | | | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| | 8/9/2013 | $ 1,082.45 | | $ 1,082.45 | $ 1,082.45 | |
| 9/1/2013 | 9/16/2013 | $ 1,086.42 | $ 1,086.30 | $ 0.12 | $ 1,082.57 | |
| 10/1/2013 | 10/23/2013 | $ 1,086.30 | $ 1,086.30 | $ - | $ 1,082.57 | |
| 11/1/2013 | 12/12/2013 | $ 1,086.30 | $ 1,086.30 | $ - | $ 1,082.57 | |
| 12/1/2013 | 1/8/2014 | $ 1,086.30 | $ 1,086.30 | $ - | $ 1,082.57 | |
| 1/1/2014 | 2/12/2014 | $ 1,086.30 | $ 1,086.30 | $ - | $ 1,082.57 | |
| 2/1/2014 | 3/17/2014 | $ 1,086.36 | $ 1,086.30 | $ 0.06 | $ 1,082.63 | |
| 3/1/2014 | 4/10/2014 | $ 1,086.36 | $ 1,086.30 | $ 0.06 | $ 1,082.69 | |
| 4/1/2014 | 5/12/2014 | $ 1,086.30 | $ 1,086.30 | $ - | $ 1,082.69 | |
| 5/1/2014 | 6/13/2014 | $ 1,086.30 | $ 1,086.30 | $ - | $ 1,082.69 | |
| 6/1/2014 | 7/16/2014 | $ 1,086.30 | $ 1,086.30 | $ - | $ 1,082.69 | |
| 7/1/2014 | 10/14/2014 | $ 1,119.54 | $ 1,086.30 | $ 33.24 | $ 1,115.93 | |
| 8/1/2014 | 10/14/2014 | | $ 1,086.30 | $ (1,086.30) | $ 29.63 | |
| 9/1/2014 | 12/8/2014 | $ 1,086.36 | $ 1,086.30 | $ 0.06 | $ 29.69 | |
| 10/1/2014 | 1/9/2015 | $ 1,086.36 | $ 1,086.30 | $ 0.06 | $ 29.75 | |
| 11/1/2014 | 6/8/2015 | $ 2,172.60 | $ 1,086.30 | $ 1,086.30 | $ 1,116.05 | |
| 12/1/2014 | 7/17/2015 | $ 1,086.30 | $ 1,086.30 | $ - | $ 1,116.05 | |
| 1/1/2015 | 9/11/2015 | $ 1,086.30 | $ 1,086.30 | $ - | $ 1,116.05 | |
| 2/1/2015 | 10/19/2015 | $ 1,147.54 | $ 1,086.30 | $ 61.24 | $ 1,177.29 | |
| 3/1/2015 | 12/3/2015 | $ 1,147.36 | $ 1,086.30 | $ 61.06 | $ 1,238.35 | |
| 4/1/2015 | 1/7/2016 | $ 1,147.54 | $ 1,086.30 | $ 61.24 | $ 1,299.59 | |
| 5/1/2015 | 1/14/2016 | $ 1,147.54 | $ 1,086.30 | $ 61.24 | $ 1,360.83 | |
| 6/1/2015 | 2/16/2016 | $ 1,147.54 | $ 1,086.30 | $ 61.24 | $ 1,422.07 | |
| 7/1/2015 | 3/14/2016 | $ 906.04 | $ 1,086.30 | $ (180.26) | $ 1,241.81 | |
| 8/1/2015 | 4/13/2016 | $ 906.39 | $ 1,086.30 | $ (179.91) | $ 1,061.90 | |
| 9/1/2015 | 5/31/2016 | $ 906.04 | $ 1,086.30 | $ (180.26) | $ 881.64 | |
| 10/1/2015 | 7/15/2016 | $ 1,813.12 | $ 1,086.30 | $ 726.82 | $ 1,608.46 | |
| 11/1/2015 | | | $ 1,086.30 | $ (1,086.30) | $ 522.16 | |
| 12/1/2015 | 9/6/2016 | $ 906.04 | $ 1,086.30 | $ (180.26) | $ 341.90 | |
| 1/1/2016 | 10/11/2016 | $ 906.04 | $ 1,086.30 | $ (180.26) | $ 161.64 | |
| 2/1/2016 | 11/25/2016 | $ 906.04 | $ 1,086.30 | $ (180.26) | $ (18.62) | |
| 3/1/2016 | 1/9/2017 | $ 906.04 | $ 1,086.30 | $ (180.26) | $ (198.88) | |
| 4/1/2016 | 3/20/2017 | $ 1,812.08 | $ 1,086.30 | $ 725.78 | $ 526.90 | |
| 5/1/2016 | | $ 4,000.00 | $ 1,086.30 | $ 2,913.70 | $ 3,440.60 | escrow surplus |
| 6/1/2016 | | | $ 1,086.30 | $ (1,086.30) | $ 2,354.30 | |
| 7/1/2016 | | | $ 1,086.30 | $ (1,086.30) | $ 1,268.00 | |
| 8/1/2016 | | | $ 1,086.30 | $ (1,086.30) | $ 181.70 | |
| 9/1/2016 | | $ 6,125.31 | $ 1,086.30 | $ 5,039.01 | $ 5,220.71 | pre-petition waiver/POC |
| 10/1/2016 | | | $ 1,086.30 | $ (1,086.30) | $ 4,134.41 | |
| 11/1/2016 | | | $ 1,086.30 | $ (1,086.30) | $ 3,048.11 | |
| 12/1/2016 | | | $ 906.04 | $ (906.04) | $ 2,142.07 | |
| 1/1/2017 | | | $ 906.04 | $ (906.04) | $ 1,236.03 | |
| 2/1/2017 | | | $ 906.04 | $ (906.04) | $ 430.31 | Suspense |
| 3/1/2017 | Due date | | | | | |
| 4/1/2017 | | | | | | |
| 5/1/2017 | | | | | | |
| 6/1/2017 | | | | | | |
| 7/1/2017 | | | | | | |
| 8/1/2017 | | | | | | |
| 9/1/2017 | | | | | | |
| 10/1/2017 | | | | | | |
| 11/1/2017 | | | | | | |
| 12/1/2017 | | | | | | |