UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

CHARLES T. GUIDER

Case No. 13-30913
Chapter 13

DEBTOR(S),

Judge Deborah L. Thorne

## AGREED ORDER RESOLVING THE MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT UNDER FED. R. BANKR. P. 3002.1

**THIS CAUSE** coming on to be heard on the motion of Debtor's for Determination of Final Cure as to OCWEN LOAN SERVICING, LLC AS SERVICER FOR Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2006-OPT1, Mortgage-Pass-Through Certificates, Series 2006-OPT1 (hereinafter "Creditor"), for property located at 1421 S. Central Park, Chicago, IL, the Court having jurisdiction over the subject matter:

1. The parties agree that at the time trustee sent the notice of final cure the debtor owed contractually for the March 1, 2017 payment with $430.31 in suspense and that the Creditor has filed an amended Response to the Notice of Final Cure reflecting the same;

2. The current contractual default amount through November 30, 2017 is $8065.85;

**IT IS HEREBY ORDERED:**

3. By agreement the Creditor will not proceed with its state court remedies with respect to the property for a period of 90 days from the bankruptcy closing date to allow the debtor to apply for funds from the Illinois Hardest Hit Program and to reinstate the contractual amount owed based on the following conditions:

4. That Debtor beginning December 1, 2017 must resume making regular monthly mortgage payments to the creditor and the Debtor will continue to make the regular monthly

mortgage payment throughout the 90 day period.

5. If Creditor fails to receive any one regular monthly payment from December 1, 2017 forward, this agreement is void and Creditor, its principals, agents, successors and/or assigns as to the property securing its interest are free to proceed with their state court remedies;

_____
Attorney for the Debtor

_____
Attorney for the Creditor
RAchael STOKAS

DATED: __20 DEC 2017__

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C & A File No. (14-16-13054)**